IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENIA KALOUDIS, Individually, and as Administratrix of the Estate of GEORGE KALOUDIS, Deceased | : : : : : : | CIVIL ACTION |
| vs. | : : | |
| STAR TRANSPORT, INC. and BRIAN L. MILES | : : | NO.  02-CV-4482 |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of plaintiff in the above matter.

           RAYNES McCARTY BINDER ROSS & MUNDY

           By _____
               ARTHUR G. RAYNES
               Counsel for Plaintiff

               1845 Walnut Street
               20th Floor
               Philadelphia, PA 19103
               215-568-6190

August 12, 2002