IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENIA KALOUDIS, Individually, and as Administratrix of the Estate of GEORGE KALOUDIS, Deceased | : : : : | CIVIL ACTION |
| vs. | : : | |
| STAR TRANSPORT, INC. and BRIAN L. MILES | : : | NO. 02-CV-4482 |

## PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIM

1-11.   Denied.   Plaintiff's decedent, George Kaloudis, was in no way negligent nor did he contribute in causing this accident.  The accident was caused by the negligence of defendants Star Transport, Inc. and its employee Brian L. Miles.  Plaintiff has no way to determine whether the tractor trailer was a total loss nor what damages it sustained.

                                     RAYNES McCARTY BINDER ROSS & MUNDY

                                     By _____
                                          A. ROY DeCARO
                                          ARTHUR G. RAYNES
                                          Counsel for Plaintiff
                                          1845 Walnut Street
                                          20th Floor
                                          Philadelphia, PA 19103
                                          215-568-6190

August 12, 2002