IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENIA KALOUDIS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4482 |
| | : | |
| STAR TRANSPORT, INC., et al. | : | |

**REFERRAL ORDER**

**AND NOW,** this            day of January, 2003, **IT IS ORDERED**, pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a), that this action is **REFERRED** to the Honorable Jacob P. Hart, United States Magistrate Judge, for all pretrial management purposes, including the resolution of all non-dispositive motions.

BY THE COURT:


_____
**BRUCE W. KAUFFMAN, J.**