IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUGENIA KALOUDIS, Individually, and** | : | CIVIL ACTION |
| as Administratrix of the Estate of | : | |
| **GEORGE KALOUDIS, Deceased** | : | |
| | : | |
| v. | : | NO. 02-4482 |
| | : | |
| **STAR TRANSPORT, INC. and** | : | |
| **BRIAN L. MILES** | : | |

### ORDER

     **AND NOW**, this _____ day of March, 2003, you are advised that the Court will conduct a **Settlement Conference** on **June 3, 2003** at **4:00 p.m.** in the Judge's Chambers, Fifth Floor, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

     The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, or if a corporation, an official of the corporation with **full and final** settlement authority, are required to attend the conference in person. If a party is more than one hundred miles from Philadelphia and prior permission is given by the Court, that party may participate by telephone. The parties and counsel must be prepared to discuss settlement or other disposition of the matter. Counsel are directed to fax confidential position papers not longer than two pages directly to Chambers (fax no. 215-580-2281), no later than two business days prior to the date of the conference. The position paper should address the party's settlement position, as well as any other issues that counsel believes will be of assistance to the Court in helping the parties resolve this matter. **POSITION PAPERS ARE NOT TO BE SHARED WITH OPPOSING COUNSEL OR FILED OF RECORD. THEY ARE FOR THE COURT'S REVIEW ONLY**.

                                                  BY THE COURT:

                                                **BRUCE W. KAUFFMAN, J.**