IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENIA KALOUDIS, Individually, and as Administratrix of the Estate of GEORGE KALOUDIS, Deceased | : : : : | CIVIL ACTION |
| v. | : : | NO. 02-4482 |
| STAR TRANSPORT, INC. and BRIAN L. MILES | : : | |

### ORDER

**AND NOW**, this _____ day of March, 2003, after holding a status conference on the issues and by agreement of the parties, it is **ORDERED** that:

1. Defendants shall have thirty (30) days from the date of this Order to take the deposition of Ms. Eugenia Kaloudis. Defendants shall also have thirty (30) days from the date of that deposition to conduct any discovery made necessary in light of the deposition.

2. Defendants shall submit their economic expert report on or before April 21, 2003.

3. Defendants shall have thirty (30) days from the date of this Order to produce Brian Miles for deposition at the offices of Raynes, McCarty, Binder, Ross & Mundy in Philadelphia. If Defendants are unable to produce Mr. Miles for deposition within 30 days, then Mr. Miles' testimony will be precluded at trial.

4. Plaintiff shall have sixty (60) days from the date of this Order to amend her expert reports in light of any discovery obtained from Mr. Miles.

5. Defendants' Motion for an Extension of Time (docket no. 14) and Plaintiff's Motion to Preclude the Testimony of Brian Miles (docket no. 13) are **DENIED** as moot.

6. By agreement, Defendants' Motion for Partial Summary Judgment (docket no. 11) is **GRANTED**. Accordingly, subparts (m)-(n) of paragraph 14 of Plaintiff's Complaint, which

allege causes of action for negligent supervision, hiring, and entrustment are **DISMISSED** with prejudice.

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, J.**