## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUGENIA KALOUDIS, Individually, and as** | : | **CIVIL ACTION** |
| **Administratrix of the Estate of** | : | |
| **GEORGE KALOUDIS, Deceased** | : | |
| | : | |
| **v.** | : | **NO.  02-4482** |
| | : | |
| **STAR TRANSPORT, INC. and** | : | |
| **BRIAN L. MILES** | : | |

## ORDER

**AND NOW**, this _____ day of April 2003, Defendants having filed a Motion to Quash

Subpoena (docket no. 27 ), it is **ORDERED** that Plaintiff shall respond to the Motion within three days

of receipt of this Order.


BY THE COURT:


_____

**BRUCE W. KAUFFMAN,  J.**