IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENIA KALOUDIS, Individually, and as Administratrix of the Estate of GEORGE KALOUDIS, Deceased | : : : : | CIVIL ACTION |
| v. | : : | NO. 02-4482 |
| STAR TRANSPORT, INC. and BRIAN L. MILES | : : | |

### ORDER TO SHOW CAUSE

**AND NOW**, this _____ day of April, 2003, upon consideration of Defendants' Motion (docket no. 28), and

WHEREAS on February 25, 2003, the Custodian of Records at Aramark Corp., Human Resources Department ("Aramark"), was served with a subpoena issued by this Court for the production of any and all employment records of George N. Kaloudis;

WHEREAS pursuant to the subpoena, Aramark was ordered to produce the requested documents to Defendants no later than March 7, 2003;

WHEREAS a second subpoena for records was issued on March 31, 2003, addressed to Aramark Food & Support Services Group, Inc. and was served by hand upon Ms. Jacqueline Meredith-Batchelor, assistant general counsel at Aramark, who acknowledged service;

WHEREAS pursuant to this subpoena, Aramark Food & Support Services Group, Inc. was ordered to produce the requested documents to Defendants no later than April 7, 2003; and

WHEREAS no records have been produced and no motion to quash either subpoena has been filed;

It is **ORDERED** that Aramark and Aramark Food & Support Services Group, Inc. appear before this Court, in **Courtroom 3B**, Third Floor, United States Courthouse, 601 Market Street,

Philadelphia, Pennsylvania, 19106, on **April 16, 2003 at 2:30 p.m.** and show cause why they should not be held in contempt for failure to comply with an order of this Court.

It is further **ORDERED**, that the United States Marshals Service shall effect service of this Order to Show Cause upon Aramark and Aramark Food & Support Services Group, Inc. at the following addresses:

>Custodian of Records
>Aramark Corp.
>Human Resources
>Aramark Towers
>1101 Market Street
>Philadelphia, PA 19107-2988
>
>Custodian of Records
>Aramark Food & Support Services Group, Inc.
>Aramark Tower
>1101 Market Street
>Philadelphia, PA 19107-2988

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, J.**