IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENIA KALOUDIS, Individually, and as Administratrix of the Estate of GEORGE KALOUDIS, Deceased | : : : : | CIVIL ACTION |
| v. | : : | NO. 02-4482 |
| STAR TRANSPORT, INC. and BRIAN L. MILES | : : | |

### ORDER

**AND NOW**, this _____ day of April, 2003, upon request of the United States Marshals Service for additional time to effect service, it is **ORDERED** that the hearing upon Order to Show Cause (docket no. 30) previously scheduled for April 16, 2003 shall be continued. Accordingly, it is **ORDERED** that Aramark and Aramark Food & Support Services Group, Inc. appear before this Court, in **Courtroom 3-B**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106, on **April 21, 2003 at 2:30 p.m.** and show cause why they should not be held in contempt for failure to comply with an order of this Court.

It is further **ORDERED**, that the United States Marshals Service shall effect service of this Order to Show Cause upon Aramark and Aramark Food & Support Services Group, Inc. at the following addresses:

> Custodian of Records
> Aramark Corp.
> Human Resources
> Aramark Towers
> 1101 Market Street
> Philadelphia, PA 19107-2988
>
> Custodian of Records
> Aramark Food & Support Services Group, Inc.
> Aramark Tower
> 1101 Market Street
> Philadelphia, PA 19107-2988

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, J.**