IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENIA KALOUDIS, Individually, and as Administratrix of the Estate of GEORGE KALOUDIS, deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| STAR TRANSPORT, INC., and BRIAN L. MILES | : : | NO: 02-4482 |

## **O R D E R**

AND NOW, after being notified by the MCS Group that the records sought in a court-ordered subpoena last week are not in their possession, IT IS HEREBY ORDERED that the Custodian of Records of Riddle Memorial Hospital shall present any and all records of treatment for Brian Miles to the court for an *in camera* inspection on or before April 30, 2003. A subpoena for those records is attached.

BY THE COURT:

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE