IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENIA KALOUDIS, Individually, and as Administratrix of the Estate of GEORGE KALOUDIS, Deceased | : : : : | CIVIL ACTION |
| v. | : : | NO. 02-4482 |
| STAR TRANSPORT, INC. and BRIAN L. MILES | : : | |

### ORDER

**AND NOW**, this _____ day of April, 2003, it is **ORDERED** that the time for filing Defendants' economic expert report shall be extended until May 12, 2003.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**