IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENIA KALOUDIS, Individually, and as Administratrix of the Estate of GEORGE KALOUDIS, deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| STAR TRANSPORT, INC., and BRIAN L. MILES | : : | NO: 02-4482 |

**O R D E R**

AND NOW, this 29th day of April, 2003, upon consideration of the Plaintiff's Request for the Riddle Memorial Hospital Records produced for an *in camera* review, the Defendants' Response, after reviewing the records and conducting a telephonic conference, IT IS HEREBY ORDERED that the Plaintiff's Request is GRANTED. The records are attached to this Order.

BY THE COURT:

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE