IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUGENIA KALOUDIS, Individually, and as** | : | **CIVIL ACTION** |
| **Administratrix of the Estate of** | : | |
| **GEORGE KALOUDIS, Deceased** | : | |
| | : | |
| v. | : | NO. 02-4482 |
| | : | |
| **STAR TRANSPORT, INC. and** | : | |
| **BRIAN L. MILES** | : | |

## ORDER

**AND NOW**, this _____ day of May, 2003, **IT IS ORDERED** that a Jury Trial in this matter is set for **Monday, October 20, 2003 at 10:00 a.m.** in Courtroom 3-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. It is **FURTHER ORDERED** that the final pretrial conference previously scheduled for June 24, 2003 shall be held on **Friday, October 10, 2003 at 11:00 a.m.**

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**