IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENIA KALOUDIS, Individually, and as Administratrix of the Estate of GEORGE KALOUDIS, Deceased | : : : : | CIVIL ACTION |
| v. | : : | NO. 02-4482 |
| STAR TRANSPORT, INC. and BRIAN L. MILES | : : | |

**ORDER**

**AND NOW**, this _____ day of June, 2003, **IT IS ORDERED** that the Jury Trial in this matter, previously set for October 20, 2003, is set for **Wednesday, November 12, 2003 at 10:00 a.m.** in Courtroom 3-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  It is **FURTHER ORDERED** that the final pretrial conference previously scheduled for October 10, 2003 shall be held on **November 5, 2003 at 2:30 p.m.**

BY THE COURT:

_____
**BRUCE W. KAUFFMAN,  J.**