IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENIA KALOUDIS, Individually, and as Administratrix of the Estate of GEORGE KALOUDIS, deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| STAR TRANSPORT, INC., and BRIAN L. MILES | : : | NO: 02-4482 |

**O R D E R**

AND NOW, this 11th day of July, 2003, upon consideration of the Defendant's Motion to Quash the Subpoena served on Riddle Memorial Hospital, IT IS HEREBY ORDERED that the Motion is DISMISSED AS MOOT. After conducting an *in camera* review of the records sought, the Court ordered that the records be provided to the Plaintiff. Through clerical oversight, this Motion was not referenced in that Order.

_____BY THE COURT:


_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE