IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUGENIA KALOUDIS, Individually,** | : | **CIVIL ACTION** |
| and as Administratrix of the Estate | : | |
| of GEORGE KALOUDIS, Deceased | : | |
| | : | |
| v. | : | NO. 02-CV-4482 |
| | : | |
| **STAR TRANSPORT, INC. and** | : | |
| **BRIAN L. MILES** | : | |

### ORDER

     **AND NOW**, this _____ day of October, 2003, upon the request of Eugenia Kaloudis, Administratrix of the Estate of George Kaloudis and parent and natural guardian of Victoria and Nicholas Kaloudis, and after reviewing the documents submitted by her attorneys, it is hereby **ORDERED** that the estate inheritance taxes and any other taxes that are due or will become due, as well as the fees and costs outlined in the September 18, 2003 letter of Stephanie Kalogredis, Esquire, that are owed by the minor children, Victoria and Nicholas Kaloudis, shall be paid out of the proceeds of the accounts that have been established for their benefit at Prudential Securities, a Division of Wachovia Securities, L.L.P.  It is further **ORDERED** that the funds in said accounts may be invested in a reasonable and prudent manner pursuant to the investment plan recommended by Howard J. Sacks, Senior Vice President of Prudential Securities, a Division of Wachovia Securities, L.L.P., in a letter submitted to the law firm of Raynes, McCarty, Binder, Ross & Mundy, dated September 17, 2003 (attached hereto as Exhibit "A").

                                              BY THE COURT:

                                              _____
                                              **BRUCE W. KAUFFMAN, J.**