## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUGENIA KALOUDIS, Individually** | : | **CIVIL ACTION** |
| **and as Administratrix of the Estate of** | : | |
| **George Kaloudis, Deceased** | : | |
| | : | **NO. 02-CV-4482** |
| **v.** | : | |
| | : | |
| **STAR TRANSPORT, INC., et al.** | : | |

### ORDER

**AND NOW,** this _____ day of October, 2003, counsel for Plaintiff having reported that

the issues in the above-captioned action have been settled, and pursuant to the provisions of Rule

41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), **IT IS ORDERED**

that the above-captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel and

without costs.


                                               **BY THE COURT:**


                                         _____

                                         **BRUCE W. KAUFFMAN,   J.**